1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
7  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
8  Telephone: (916) 660-9401
   Facsimile: (916) 660-9378
9
   Attorneys for Defendants
10

11

12                    UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15  ROBERT DODSON,                    Case No. 2:11-cv-03123-JAM-AC

16        Plaintiff,
                                      STIPULATION FOR DISMISSAL
17  v.                                and ORDER THEREON

18  JAZZ ENTERPRISE, INC. dba ARBY'S;
    BOROSKI & BOROWSKI TWO, LLC,
19

20        Defendants.

21  _____/

22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, JAZZ ENTERPRISE, INC. dba ARBY'S; and BOROSKI & BOROWSKI TWO, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 13, 2013          DISABLED ADVOCACY GROUP, APLC


                                  /s/  Lynn Hubbard
                                  LYNN HUBBARD III
                                  Attorney for Plaintiff ROBERT DODSON


Dated: February 13, 2013          VAUGHAN & ASSOCIATES


                                  /s/  Cris C. Vaughan
                                  CRIS C. VAUGHAN
                                  Attorney for Defendants JAZZ
                                  ENTERPRISE, INC. dba ARBY'S and
                                  BOROSKI & BOROWSKI TWO, LLC


## <u>ORDER</u>

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03123-JAM-AC, is hereby dismissed with prejudice.

Dated: 2/13/2013

                                  /s/ John A. Mendez
                                  United States District Court Judge