1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
7  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
8  Telephone: (916) 660-9401
   Facsimile: (916) 660-9378
9
10 Attorneys for Defendants

11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

15 ROBERT DODSON,                    Case No. 2:11-cv-03123-JAM-AC

16      Plaintiff,
                                     STIPULATION FOR DISMISSAL
17 v.                                and ORDER THEREON

18 JAZZ ENTERPRISE, INC. dba ARBY'S;
   BOROSKI & BOROWSKI TWO, LLC,
19
20      Defendants.
21 ―――――――――――――――――――― /

22
23
24
25
26
27
28

Stipulation for Dismissal and
[Proposed] Order Thereon                - 1 -              *Dodson v. Jazz Enterprise, Inc., et al.*
                                                           Case No. 2:11-cv-03123-JAM-AC

1  TO THE COURT AND TO ALL PARTIES:

2  Plaintiff, ROBERT DODSON, and defendants, JAZZ ENTERPRISE, INC. dba
3  ARBY'S; and BOROSKI & BOROWSKI TWO, LLC, stipulate to and jointly request
4  that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-
5  entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

7  Dated: February 13, 2013                DISABLED ADVOCACY GROUP, APLC

9                                           */s/   Lynn Hubbard*
10                                          LYNN HUBBARD III
                                            Attorney for Plaintiff ROBERT DODSON

12 Dated: February 13, 2013                VAUGHAN & ASSOCIATES

14                                           */s/   Cris C. Vaughan*
15                                          CRIS C. VAUGHAN
                                            Attorney for Defendants JAZZ
16                                          ENTERPRISE, INC. dba ARBY'S and
                                            BOROSKI & BOROWSKI TWO, LLC

19                                    **ORDER**

20  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.
21  2:11-cv-03123-JAM-AC, is hereby dismissed with prejudice.

22  Dated: 2/13/2013
                                            /s/ John A. Mendez
23                                          United States District Court Judge

Stipulation for Dismissal and
[Proposed] Order Thereon                - 2 -           *Dodson v. Jazz Enterprise, Inc., et al.*
                                                        Case No. 2:11-cv-03123-JAM-AC